IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| vs. | ) Case No. 12-40017-01-RDR |
| CHRISTOPHER L. KENNY, JR., | ) |
| Defendant. | ) |

## **O R D E R**

**NOW** on this 1st day of March, 2012, the above-entitled matter comes before the Court upon the motion of counsel for the accused, Christopher L. Kenny, Jr., for an order granting thirty (30) days' additional time to file motions herein. The Court, after reviewing the motion and being fully advised in the premises finds that there exists good cause for the motion, and that the motion should therefore be sustained.

The Court finds that additional time is needed because defense counsel is conducting an investigation and researching the legal issues in this matter. The defense requests an extension of thirty (30) days to permit counsel to complete that investigation and additional research before filing motions.

The Court further finds that the prosecutor has no objection to the motion.

The Court further finds that failure to grant the extension would result in a miscarriage of justice and deny the defendant due process.

The Court finds that the period of delay resulting from the additional time granted pursuant to this Order shall be excludable time as provided for in 18 U.S.C. 3161(h)(7) in that the ends of justice served by the granting of such motion outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS THEREFORE ORDERED** that the accused, Christopher L. Kenny, Jr., shall have additional time up to and including April 2, 2012 to file motions in the above-entitled action, and the government shall have until April 12, 2012 to file responses. The hearing on said motions is

hereby rescheduled to April 19, 2012 at 9:30 a.m. The period of delay resulting from such continuance shall be excludable time as provided for by the Speedy Trial Act, 18 U.S.C. 3161(h)(7).

s/Richard D. Rogers
United States District Judge